AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (family trust; no reportable assets because I did not create the trust and have no beneficial interest in the trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Mayer Brown LLP - Final reconciliation of compensation due. No further agreements. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Janus & Associates, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ´AT&T (common stock) | B | Dividend | K | T | Sold (part) | 01/19/16 | K | D | |
| 2. Chemours (X) | A | Dividend | J | T | | | | | |
| 3. DuPont (common stock) | B | Dividend | L | T | Sold (part) | 04/04/16 | K | E | |
| 4. General Electric (common stock) | A | Dividend | K | T | | | | | |
| 5. IBM (common stock) | C | Dividend | M | T | Sold (part) | 04/04/16 | K | E | |
| 6. JP Morgan Chase Bank Accounts | A | Interest | L | T | | | | | |
| 7. Krispy Kreme Donuts (common stock) (X) | | None | | | Sold | 08/29/16 | J | A | |
| 8. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 9. Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 10. Pfizer (common stock) | C | Dividend | M | T | Sold (part) | 04/04/16 | K | E | |
| 11. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | N | T | | | | | |
| 12. U.S. Savings Bonds | | None | K | T | | | | | |
| 13. Vanguard Dividend Growth Fund | B | Dividend | L | T | | | | | |
| 14. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 15. Vanguard Federal Money Market Fund (X) | A | Int./Div. | J | T | | | | | |
| 16. Vanguard Information Tech ETF | B | Dividend | L | T | | | | | |
| 17. Vanguard International Value Fund (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Mid-Cap ETF | A | Dividend | K | T | Buy | 04/04/16 | J | | |
| 19. Vanguard Tax Exempt Money Market Fund (X) | A | Int./Div. | J | T | | | | | |
| 20. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 21. Vanguard S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 22. IRA #1 (H) | | | | | | | | | |
| 23. --Vanguard Total International Stock Index Fund | B | Dividend | L | T | | | | | |
| 24. --Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 25. --Vanguard Total Bond Market Index Fund | A | Dividend | K | T | | | | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. --Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |
| 28. --Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 29. --Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 30. IRA #3 (H) | | | | | | | | | |
| 31. --Fidelity Magellan Fund | D | Dividend | M | T | | | | | |
| 32. IRA #4 (H) | | | | | | | | | |
| 33. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 34. IRA #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | C | Dividend | M | T | | | | | |
| 36. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | B | Dividend | L | T | | | | | |
| 37. --DFEVX - MFO DFA Emerging Markets Value | B | Dividend | L | T | | | | | |
| 38. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | C | Dividend | L | T | | | | | |
| 39. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | C | Dividend | L | T | | | | | |
| 40. --DVY - MFC IShares TR Dow Jones Select Divid Index Fund | B | Dividend | | | Sold | 05/26/16 | M | F | |
| 41. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | A | Dividend | L | T | | | | | |
| 42. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | B | Dividend | M | T | | | | | |
| 43. --NMFIX MFB Northern Multimanager | B | Dividend | L | T | | | | | |
| 44. --NOMIX - MFB Northern Mid Cap Index Fund | D | Dividend | M | T | | | | | |
| 45. --NORXX - MFB Northern Funds Money Market Fund | A | Interest | L | T | | | | | |
| 46. --NOSIX - MFB Northern Funds Stock Index Fund | D | Dividend | O | T | | | | | |
| 47. --NSIDX - MFB Northern Funds Small Cap Index Fund | C | Dividend | M | T | | | | | |
| 48. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | D | Dividend | M | T | | | | | |
| 49. --TDTF - MFC Flexshares Tr IBOXX 5 Yr Tgt Duration TIPS Indx | A | Dividend | K | T | | | | | |
| 50. QDF MFC Flexshares Trust Quality | D | Dividend | N | T | Buy | 05/26/16 | N | | |
| 51. IRA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Fidelity Blue Chip Growth | B | Dividend | L | T | | | | | |
| 53. --Fidelity Independence | E | Dividend | N | T | | | | | |
| 54. IRA #7 (H) | | | | | | | | | |
| 55. --Fidelity Independence | B | Dividend | K | T | | | | | |
| 56. Trust #2 (H) | | | | | | | | | |
| 57. --Allstate (common) | A | Dividend | K | T | | | | | |
| 58. --American Electric Power (common) | A | Dividend | K | T | | | | | |
| 59. --Anadarko Petroleum (common) | A | Dividend | K | T | | | | | |
| 60. --AT&T (common) | C | Dividend | L | T | | | | | |
| 61. --Blackrock Global Allocation C | A | Dividend | J | T | | | | | |
| 62. --BP Amoco (ADR) | A | Dividend | J | T | | | | | |
| 63. --Chemours (Y) | | | | | | | | | |
| 64. --Conoco Phillips (common) | A | Dividend | K | T | | | | | |
| 65. --Dow Chemical (common) | A | Dividend | K | T | | | | | |
| 66. --Duke Energy (common) | A | Dividend | J | T | | | | | |
| 67. --DuPont (common) | A | Dividend | J | T | | | | | |
| 68. --Exelon (common) | A | Dividend | | | Sold | 12/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Exxon (common) | B | Dividend | L | T | | | | | |
| 70. --Fortune Brands Home & Security (common) | A | Dividend | K | T | | | | | |
| 71. --Hershey (common) | B | Dividend | L | T | | | | | |
| 72. --ISHARES Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 73. --ISHARES S&P Growth ETF (IVW) | A | Dividend | J | T | | | | | |
| 74. --Ivy Asset Strategy | A | Dividend | L | T | | | | | |
| 75. --JP Morgan Chase Cash Accounts | A | Dividend | K | T | | | | | |
| 76. --JP Morgan Tr I US Small Co. Cl C | A | Dividend | J | T | | | | | |
| 77. --JP Morgan Tr I Dynamic Growth | A | Dividend | K | T | | | | | |
| 78. --Lincoln National Group (common) | A | Dividend | K | T | | | | | |
| 79. --Merck (common) | A | Dividend | K | T | | | | | |
| 80. --Monsanto (common) | A | Dividend | K | T | | | | | |
| 81. --Pfizer (common) | A | Dividend | J | T | | | | | |
| 82. --Phillips 66 (common) | A | Dividend | J | T | | | | | |
| 83. --Spectra Energy (common) | A | Dividend | J | T | | | | | |
| 84. --Sterling Cap FDS Mid Value FD (OVECX) | B | Dividend | K | T | | | | | |
| 85. --Walgreen's Boots Alliance (common) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #3 (H) | | | | | | | | | |
| 87. --3-M (common) | B | Dividend | L | T | | | | | |
| 88. --Allstate (common) | A | Dividend | J | T | | | | | |
| 89. --Bank of America (common) | A | Dividend | J | T | | | | | |
| 90. --Dow Chemical (common) | A | Dividend | K | T | | | | | |
| 91. --Exelon (common) | A | Dividend | J | T | | | | | |
| 92. --Exxon (common) | B | Dividend | K | T | | | | | |
| 93. --IBM (common) | A | Dividend | J | T | | | | | |
| 94. --JP Morgan Chase (common) | A | Dividend | J | T | | | | | |
| 95. --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 96. --Lincoln National Corp. (common) | A | Dividend | J | T | | | | | |
| 97. --Pfizer (common) | B | Dividend | K | T | | | | | |
| 98. --Sherwin Williams (common) | B | Dividend | L | T | | | | | |
| 99. Trust #4 (H) | | | | | | | | | |
| 100. --3-M (common) | C | Dividend | M | T | | | | | |
| 101. --Exxon Mobil (common) | C | Dividend | M | T | | | | | |
| 102. --McDonald's (common) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 104. Trust #5 (H) | | | | | | | | | |
| 105. --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 106. --25% of Moles Family Partnership (H) | | | | | | | | | |
| 107. ---NOTEX-Northern Funds Tax Exept Fund | A | Dividend | J | T | | | | | |
| 108. ---NSIDX-Northern Funds Sall Cap Index Fund | A | Dividend | J | T | | | | | |
| 109. ---NOSIX-Northern Funds Stock Index Fund | B | Dividend | K | T | | | | | |
| 110. ---NOMIX-Northern Mid Cap Index Fund | A | Dividend | J | T | | | | | |
| 111. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | A | Dividend | J | T | | | | | |
| 112. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | A | Dividend | J | T | Sold (part) | 05/26/16 | J | B | |
| 113. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 114. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 115. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | A | Dividend | J | T | | | | | |
| 116. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 117. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | A | Dividend | K | T | | | | | |
| 118. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | A | Dividend | J | T | | | | | |
| 119. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ---DFEVX-Emerging Markets Value Fd | A | Dividend | J | T | | | | | |
| 121.  ---NMFIX MFB Northern Multi-Manager | A | Dividend | J | T | | | | | |
| 122.  ---MFR Northern Fds Cash Accounts | A | Dividend | J | T | | | | | |
| 123.  ---XLE MFC Select SPDR Tr Energy | | None | | | Sold | 02/22/16 | J | A | |
| 124.  ---BHYIX Blackrock Fed High Yield Bond Portfolio | A | Dividend | J | T | | | | | |
| 125.  QDF MFC Flexshares Trust Quality Div | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 126.  MFB Northern US Govt Money Mkt Fund (Cash Account) | A | Int./Div. | J | T | | | | | |
| 127.  Trust #6 (H) | | | | | | | | | |
| 128.  --Farm land, Christian County, Illinois | D | Distribution | M | W | | | | | |
| 129.  --JP Morgan Chase Cash Account | A | Distribution | K | T | | | | | |
| 130.  Trust #7 (H) | | | | | | | | | |
| 131.  --IShares Russell MidCap Index Fund (IWR) | A | Dividend | K | T | Sold (part) | 02/08/16 | J | B | |
| 132. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 133.  --IShares MSCI EAFE Index Fund (EFA) | A | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | |
| 134. | | | | | Sold (part) | 04/01/16 | J | B | |
| 135. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 136. | | | | | Buy (add'l) | 09/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --JP Morgan Inter. Tax Free Bond Fund - Sel (Fund 1374) | A | Dividend | K | T | Buy (add'l) | 09/13/16 | K | | |
| 138. --JP Morgan Market Expansion Index Fund (PGMIX) | | None | | | Sold | 02/08/16 | K | A | |
| 139. --Condominium Unit (real estate), Sarasota County, Florida | | None | M | W | | | | | |
| 140. --Hartford Capital Appreciation Fd (ITHIX) | A | Dividend | K | T | Sold (part) | 08/03/16 | J | A | |
| 141. --JPMorgan Large Cap Core Plus Fd-Select (JLPSX) | A | Dividend | K | T | | | | | |
| 142. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | B | Dividend | K | T | | | | | |
| 143. --Spdr S&P 500 ETF Trust (SPY) | C | Dividend | M | T | Buy (add'l) | 02/08/16 | J | | |
| 144. --MFS Intl Value Fd-I (MINIX) | A | Dividend | K | T | | | | | |
| 145. --Capital Private Client SVCS Cap Non-US Equities (CNUSX) | A | Dividend | K | T | Buy (add'l) | 02/16/16 | J | | |
| 146. --Gateway Fund (GTEYX) | A | Dividend | | | Sold | 08/18/16 | J | A | |
| 147. --Goldman Sachs TR Strg Income Inst (GSZIX) | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 148. --JP Morgan Global Res Enh Index Fund - Select Fund (JEITX) | B | Dividend | L | T | | | | | |
| 149. --JP Morgan Tax Free Instl Sweep Fund (#840) | A | Interest | K | T | | | | | |
| 150. --Metropolitan West Funds Total Return CL I (MWTIX) | A | Dividend | J | T | | | | | |
| 151. --Equinox Funds Trust Strategy I (EBSIX) | | None | | | Sold (part) | 08/03/16 | J | A | |
| 152. | | | | | Sold | 09/13/16 | J | A | |
| 153. ---Brown Adv Japan Alpha (BAFJX) | A | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/13/16 | J | A | |
| 155.   ---Gotham Absolute Return (GARIX) | | None | | | Sold (part) | 08/04/16 | J | A | |
| 156. | | | | | Sold | 08/18/16 | J | A | |
| 157.   ---Gs EAFE REN MAT 2/18/16 | | None | | | Sold | 02/18/16 | J | A | |
| 158.   --- Deutsche X-Trackers MSCI EUR (DBEU) | | None | | | Sold | 01/26/16 | J | A | |
| 159.   ---Vanguard FTSE Europe ETF (VGK) | A | Dividend | | | Sold | 08/03/16 | J | A | |
| 160.   ---Deutsche X-Trackers MSCI Jap (DBJP) | | None | | | Sold | 01/25/16 | J | A | |
| 161.   ---John Hancock II Str Inc I (JIPIX) | A | Dividend | J | T | Sold (part) | 02/29/16 | K | A | |
| 162. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 163.   ---AMG Managers Pictet Intl (APCTX) | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 164.   ---Ishares Inc MSCI Japan New (EWI) | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 165.   ---Vanguard Intm Trm Inc G Adm (VFIDX) | B | Dividend | K | T | Buy | 03/07/16 | J | | |
| 166. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 167.   ---Nueberger Berman Hi In B INS (NHLIX) | B | Dividend | K | T | Buy | 02/29/16 | J | | |
| 168. | | | | | Buy (add'l) | 04/11/16 | J | | |
| 169.   ---iShares JP Morgan EM Bond Fund (EMB) | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 170.   ---iShares Curr Hedged MSCI EAFE (HEFA) | A | Dividend | | | Buy | 01/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/16/16 | J | A | |
| 172. ---GS Note of Notes EAFE | | None | | | Buy | 01/29/16 | J | | |
| 173. | | | | | Sold | 07/14/16 | J | A | |
| 174. ---Equinox Funds Tr IPM (EQIPX) | | None | | | Buy | 02/08/16 | J | | |
| 175. | | | | | Sold | 09/13/16 | J | A | |
| 176. ---CRM Long/short Opportunities FD (CRHIX) | | None | | | Buy | 08/18/16 | J | | |
| 177. | | | | | Sold | 09/13/16 | J | A | |
| 178. ---AQR Long-Short Equity (QLERX) | | None | | | Buy | 08/18/16 | J | | |
| 179. | | | | | Sold | 09/13/16 | J | A | |
| 180. ---JP Morgan Cash Account (X) | A | Interest | J | T | | | | | |
| 181. Trust #8 (H) | | | | | | | | | |
| 182. --JPMORGAN CASH ACCOUNT | A | Interest | L | T | | | | | |
| 183. --SPDR 500 ETF TR (SPY) | D | Dividend | N | T | Buy (add'l) | 02/01/16 | K | | |
| 184. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 185. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 186. --ISHARES TR RUSSEL MIDCAP INDEX FUND (IWR) | A | Dividend | L | T | Sold (part) | 02/01/16 | K | A | |
| 187. | | | | | Buy (add'l) | 10/27/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --JPMORGAN TR I INTERM TX FREE BD FD INST (FUND 1374) | B | Dividend | L | T | Buy (add'l) | 09/13/16 | K | | |
| 189. --JP MORGAN TR I INTL VALUE FUND (JNUSX) | | None | | | Sold | 04/07/16 | K | A | |
| 190. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | B | Dividend | K | T | Sold (part) | 10/27/16 | J | B | |
| 191. --MFS INTL VALUE I FUND (MINIX) | A | Dividend | K | T | | | | | |
| 192. --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | B | Dividend | K | T | Sold (part) | 10/27/16 | J | A | |
| 193. --HARTFORD CAP APPRE CL I MUTUAL FUND (ITHIX) | A | Dividend | K | T | Sold (part) | 10/27/16 | J | A | |
| 194. --GATEWAY FD-Y (GTEYX) | A | Dividend | | | Sold | 08/18/16 | J | B | |
| 195. --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | B | Dividend | K | T | Sold (part) | 10/27/16 | J | A | |
| 196. --ISHARES MSCI EAFE INDX FD (EFA) | B | Dividend | L | T | Sold (part) | 02/16/16 | J | A | |
| 197. | | | | | Sold (part) | 03/31/16 | K | A | |
| 198. | | | | | Buy (add'l) | 09/16/16 | K | | |
| 199. --JPM GLOBAL RES ENH INDEX FD-SELECT (JEITX) | B | Dividend | M | T | | | | | |
| 200. --EQUINOX FDS TR CB STGY 1 (EBSIX) | | None | | | Sold (part) | 07/15/16 | J | A | |
| 201. | | | | | Sold | 09/13/16 | J | A | |
| 202. --GOLDMAN SACHS TR STRG INCM INSTI (GSZIX) | A | Dividend | | | Sold | 09/13/16 | K | A | |
| 203. --Brown Adv Japan Alpha (BARJX) | | None | | | Sold | 12/22/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  --Gothan Absolute Return (GARIX) | | | | | Sold (part) | 07/15/16 | J | A | |
| 205. | | | | | Sold | 08/18/16 | J | A | |
| 206.  --Vanguard FTSE Europe EFT (VGX) | A | Dividend | | | Sold | 07/15/16 | J | A | |
| 207.  --GS EAFE Ren Mat 2/18/16 | | None | | | Sold | 02/18/16 | K | A | |
| 208.  --ISHA Curr Hedged MSCI EAFE (HEFA) | A | Dividend | | | Sold | 09/16/16 | K | A | |
| 209.  --Doubleline total Ret Bond-I (DBLTX) | A | Dividend | K | T | | | | | |
| 210.  --John Hancock II Str Inc-1 (JIPIX) | A | Dividend | K | T | Sold (part) | 02/19/16 | K | A | |
| 211. | | | | | Buy (add'l) | 09/13/16 | K | | |
| 212.  ---AMG Managers Pictet Intl (ACPTX) | B | Dividend | L | T | Buy | 02/16/16 | K | | |
| 213. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 214.  ---Dodge & Cox Intl Stock Fd (DODFX) | B | Dividend | L | T | Buy | 04/07/16 | K | | |
| 215. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 216.  ---iShares Inc MSCI Japan New (EWJ) | | None | K | T | Buy | 12/22/16 | K | | |
| 217.  ---Vanguard Intm Trm Inv G Adm (VFIDX) | A | Dividend | K | T | Buy | 02/22/16 | K | | |
| 218. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 219.  ---Nueberger Berman Hi In B-Ins (NHILX) | B | Dividend | K | T | Buy | 02/19/16 | K | | |
| 220. | | | | | Buy (add'l) | 03/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. ---iShares JP Morgan EM Bond Fund (EMB) | A | Dividend | K | T | Buy | 07/15/16 | K | | |
| 222. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 223. ---GS Note of Notes EAFE BSKT | | None | | | Buy | 01/29/16 | K | | |
| 224. | | | | | Sold | 07/14/16 | K | A | |
| 225. ---AQR Long-Short Equity (QLERX) | | None | | | Buy | 08/18/16 | J | | |
| 226. | | | | | Sold | 09/13/16 | J | A | |
| 227. ---CRM Long/Short Opportuniteis (CRIHX) | | None | | | Buy | 08/18/16 | J | | |
| 228. | | | | | Sold | 09/13/16 | J | A | |
| 229. ---Equinox Funds Tr (EQIPX) | | None | | | Buy | 02/12/16 | J | | |
| 230. | | | | | Sold | 09/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII, Investments and Trusts:

Trust #1 is not reported. I did not create the Trust and am not a beneficiary.

████████ is the sole beneficiary of Trusts #2-#5 and has a 25% beneficial interest in Trusts #6 through #8. I have reported only the value of ████████ beneficial interest in these trusts.

Line 17: Vanguard Total Int'l Fund was erroneously reported as my asset in 2015; it should have been included in the assets that became non-reportable in 2015 because ████████, who owns the asset, is no longer a dependent. Accordingly, this asset has been designated with a (Y) and not reported for 2016.

Line 146: Capital Private Client SVCS (CNUSX) was erroneously reported as a partial sale on my 2015 report; it should have been a complete sale. The value and gain on the sale were correctly reported.

Line 193: Prime Cap Odyssey Stock Fd (POSKX) was erroneously reported as a complete sale on my 2015 report; it should have been reported as a partial sale. Income was reported correctly in VII.B.; VII.C. should have listed Value Code K; Value Method T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544